IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>$33,980.00 IN UNITED STATES CURRENCY,<br><br>             Defendant. | **8:12CV0300**<br><br>**MEMORANDUM AND ORDER** |

       Counsel has moved to cancel the Pretrial Conference (Filing No. 26). The motion is granted.

       IT IS ORDERED that;

    1)    The Pretrial Conference scheduled for August 13, 2013 be canceled.

    2)    The parties' proposed Pretrial Conference Memo shall be e-mailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 21, 2013.

Dated this 7th day of August, 2013.

                                                                          BY THE COURT:

                                                                         *s/ Cheryl R. Zwart*
                                                                        United States Magistrate Judge