IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12-CV-300 |
| vs. | ORDER |
| $33,980.00 IN UNITED STATES CURRENCY, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation (filing 28) advising they have reached a settlement. Having reviewed the stipulation, the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The U.S. Marshals Service is directed to return $11,315.00 of the defendant property to the claimant, Joseph G. Gannon, by making payment to the trust account of his attorney of record, Adam J. Sipple.

2. The remaining defendant property, $22,665.00, is forfeited to the United States and shall be disposed of by the U.S. Marshals Service.

3. The plaintiff and the claimant shall each bear their own costs and attorney fees.

4. Upon receipt of the tendered funds, Mr. Sipple shall file a notice showing such receipt.

5. Upon the filing of Mr. Sipple's receipt, the parties shall file a joint stipulation for dismissal which will fully dispose of this case.

6. This case is removed from the Court's trial docket.

7. The Clerk of the Court shall set a dismissal papers deadline of September 13, 2013.

8. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

Dated this 14th day of August, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge