IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$33,980.00 IN UNITED STATES CURRENCY,<br><br>    Defendant. | 8:12-CV-300<br><br>ORDER |

  This matter is before the Court on the parties' Joint Motion to Extend Deadline and Request for In-Chambers Conference With the Court (filing 34).

  IT IS ORDERED:

1. The Joint Motion (filing 34) is granted.

2. A conference is set for November 22, 2013, at 12:00 p.m., in the chambers of the Special Proceedings Courtroom of the Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. The deadline for complying with the Court's order of August 14, 2013 (filing 29), will be set following the conference.

  Dated this 7th day of November, 2013.

                BY THE COURT:

                _____
                John M. Gerrard
                United States District Judge