IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>$33,980.00 IN UNITED STATES CURRENCY,<br><br>              Defendant. | 8:12-CV-300<br><br><br>JUDGMENT |

      Pursuant to the joint Stipulation for Dismissal filed by plaintiff and claimant Joseph G. Gannon (filing 37), this Court's order of August 14, 2013 (filing 29), and the previous stipulation filed by plaintiff and claimant (filing 28), this case is dismissed, with prejudice, with each party to bear its own costs and fees.

      Dated this 2nd day of December, 2013.

                                                BY THE COURT:

                                                  John M. Gerrard
                                                  United States District Judge